UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

FILED by _____ D.C.
MAR 0 6 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES OF AMERICA

V.                                          CASE NO. 00-6049-CR-DIMITROULEAS

JOSEPH SALINA

TYPE OF CASE:                     CRIMINAL

TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN **SET** AS FOLLOWS:

PLACE:
299 E. BROWARD BLVD.
FT. LAUDERDALE, FL 33301

COURTROOM 203E
DATE & TIME:
**MARCH 14, 2000 AT 1:00 P.M.**

TYPE OF HEARING:    CHANGE OF PLEA

CLARENCE MADDOX,
CLERK OF COURT

DATE: March 6, 2000

BY DEPUTY CLERK

cc: Gregory Tortella, AUSA
    Beth Elfrey, AUSA
    Thomas Burford, Esq.

