DEFT: Joseph Salina (surrender)     CASE NO: 00-6049-CR-Dimitrouleas
AUSA: Greg Tortella / Scott Behnke     ATTNY: Tom Burford *present*
AGENT: _____     VIOL: _____
PROCEEDING: Initial Appearance     BOND REC: PSB
BOND HEARING HELD: yes/no     COUNSEL APPOINTED: _____
BOND SET @ $100,000 PSB (agreed)
CO-SIGNATURES: _____
SPECIAL CONDITIONS:

1) Do not violate any law. ✓
2) Appear in court as directed. ✓
3) Surrender and/or do not obtain passports/travel documents. — in WPB
4) Rpt to PTS as directed /or ___ x's a week/month by phone; ___ x's a week/month in person.
5) Random urine testing by Pretrial Services. Treatment as deemed necessary.
6) Maintain or seek full-time employment.
7) Maintain or begin an educational program.
8) No contact with victims/witnesses.
9) No firearms — turn guns to another immediately
10) Curfew:
11) Travel extended to:
12) ___ Halfway House
___ Electronic Monitoring

reside at current address, no illegal drugs or excessive alcohol

FILED MAR 14 2000
CLARENCE MADDOX
CLERK, USDC / SD OF FLA. FT. LAUD.

*** change of plea set for this afternoon

∆ — advised of charges

Reading of Indictment waived
Not Guilty plea entered
Jury trial demanded
Standing Discovery Order requested

∆ — Sworn

NEXT COURT APPEARANCE: DATE: ___ TIME: ___ JUDGE: ___
INQUIRY RE COUNSEL: ___
PTD/BOND HEARING: ___
PRELIM/ARRAIGN. OR REMOVAL: N/A
STATUS CONFERENCE:

DATE: 3-14-00     TIME: 11:00am     TAPE # 00-019   PG # 2
110 - 390
16