

FILED by _____ D.C.
MAR 1 4 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6049-CR-Dimitrouleas

UNITED STATES OF AMERICA

vs

Joseph Salina

ARRAIGNMENT INFORMATION SHEET

The above named Defendant appeared before Magistrate Judge Barry S Seltzer on March 14, 2000, where the Defendant was arraigned and plea of NOT GUILTY was entered. Defendant and c~~ourt~app~~ointed/retaine counsel of record will be noticed for trial by the District Court Judc assigned to this case. The following information is current as of this date

DEFENDANT: Address: IN CUSTODY

Telephone: _____

DEFENSE COUNSEL: Name: THOMAS BURFORD

Address: _____

Telephone: _____

BOND SET/C~~ONTI~~NUED: $ 100,000 PSB

Bond hearing held: yes  X   no \_\_\_\_  Bond hearing set for _____

Dated this  14  day of  March , 20 00 .

CLARENCE MADDOX
COURT ADMINISTRATOR/CLERK

By: *[signature]*
Deputy Clerk

Tape No. 00-019

cc: Clerk for Judge
    U. S. Attorney

