RECEIVED & FILED IN OPEN COURT **UNITED STATES DISTRICT COURT**
ON _3 - 14  00_ AT **SOUTHERN DISTRICT OF FLORIDA**
____ FLA.

Carlos Juenke, Clerk
United States District Court
**UNITED STATES OF AMERICA,** District of Florida **CASE NO.** _00-6049-CR-DIMITROULEAS_

v.                                    :                    **NOTICE OF PERMANENT**
                                      :                    **APPEARANCE AS COUNSEL**
                                      :                    **OF RECORD**

_JOSEPH SALINA_
_____       :

COMES NOW _Thomas A. Burford_, and files this appearance as counsel for the above named defendant(s).  Counsel agrees to represent the defendant(s) for all proceedings arising out of the transaction with which the defendant(s) is presently charged in the United States District Court in and for the Southern District of Florida.

Counsel hereby states that this appearance is unconditional and in conformity with the requirements of Local General Rule 11.1(D) and Rule 4 of the Special Rules Governing the Admission and Practice of Attorneys.

Counsel acknowledges responsibility to advise the defendant(s) of the right of appeal, to file a timely notice of appeal if requested to do so by the defendant(s), and to pursue that appeal unless relieved by Court Order.

**FEE DISPUTES BETWEEN COUNSEL AND CLIENT SHALL NOT BE A BASIS FOR WITHDRAWAL FROM THIS REPRESENTATION.**

DATED: _MARCH 14, 2000_

Attorney _Thomas A. Burford_

Address _909 N. Dixie Highway_

City _West Palm Beach_ State _FL_ Zip _33401_

Telephone _(561) 655-2028_

Florida Bar No. _103691_

The undersigned defendant(s) hereby consent(s) to the representation of the above counsel.

