# CRIMINAL MINUTES

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
**HONORABLE WILLIAM P. DIMITROULEAS**

FILED by _HL_ D.C.

MAR 14 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

CASE NUMBER: 00-6049-CR-WPD    DATE: March 14, 2000

COURTROOM CLERK: Karen A. Carlton    COURT REPORTER: Bob Ryckoff

PROBATION: _____    INTERPRETER: _____

UNITED STATES OF AMERICA    VS.    Joseph Salina

U.S. ATTORNEY: Guy Tortella / Ben Elroy    DEFT. COUNSEL: Thomas Burford

REASON FOR HEARING: Change of plea

RESULT OF HEARING: Deft sworn and questioned by the court. Deft to enter guilty plea.

Court accepts guilty plea.

JUDGMENT: _____

CASE CONTINUED TO: 5/26/00    TIME: 10:30    FOR: Sentencing

MISC: Written plea agreement filed.

