457214

AO 442 (Rev. 12/85) Warrant for Arrest  SAUSA'S Beth M. Elfrey/Greg Tortella-S/A Mark Dunkel, IRS-CID (Mia)

# United States District Court

SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

V.

JOSEPH SALINA

**WARRANT FOR ARREST**

CASE NUMBER: **00-6049 CR-DIMITROULEAS**

TO: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest  JOSEPH SALINA  ~~MAGISTRATE JUDGE~~
                                         Name              SNOW

and bring him or her forthwith to the nearest magistrate to answer a(n)

☒ Indictment   ☐ Information   ☐ Complaint   ☐ Order of court   ☐ Violation Notice   ☐ Probation Violation Petition

charging him with (brief description of offense) conspiring to impede and impair the Internal Revenue Service, in violation of title 18, United States Code, Section 371, and willfully filing false federal income tax returns, in violation of Title 26, United States Code, Section 7206(1)

in violation of Title __18__ United States Code, Sections 371 and 26, United States Code Section 7206(1)

CLARENCE MADDOX                                    COURT ADMINISTRATOR\CLERK OF THE COURT
Name of Issuing Officer                             Title of Issuing Officer

_[signature]_                                       March 2, 2000, Fort Lauderdale, Florida
Signature of Issuing Officer                        Date and Location

                                                    _[signature]_ By LURANA S. SNOW, CHIEF MAGISTRATE JUDGE
Bail fixed at ~~PRE-TRIAL DETENTION~~               Name of Judicial Officer
100,000 personal surety
Not to be incarcerated during trial

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above defendant at  Ft. Lauderdale, FL |

| DATE RECEIVED<br>3/2/2000 | NAME AND TITLE OF ARRESTING OFFICER<br>James A. Tassone, US Marshal | SIGNATURE OF ARRESTING OFFICER<br>_[signature]_ |
|---|---|---|
| DATE OF ARREST<br>3/14/2000 | FOR: IRS | Fred Depompa, SDUSM |

AO 442 (Rev. 12/85) Warrant for Arrest



AO 442 (Rev. 12/85) Warrant for Arrest  SAUSA'S Beth M. Elfrey/Greg Tortella-S/A Mark Dunkel, IRS-CID (Mia)

# United States District Court

SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

V.

JOSEPH SALINA

## WARRANT FOR ARREST

CASE NUMBER: 00-6049 CR-DIMITROULEAS
MAGISTRATE JUDGE SNOW

TO: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest  JOSEPH SALINA
Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☒ Indictment   ☐ Information   ☐ Complaint   ☐ Order of court   ☐ Violation Notice   ☐ Probation Violation Petition

charging him with (brief description of offense) conspiring to impede and impair the Internal Revenue Service, in violation of title 18, United States Code, Section 371, and willfully filing false federal income tax returns, in violation of Title 26, United States Code, Section 7206(1)

in violation of Title  18  United States Code, Sections 371 and 26, United States Code Section 7206(1).

CLARENCE MADDOX
Name of Issuing Officer

[signature]
Signature of Issuing Officer

Bail fixed at ~~PRE-TRIAL DETENTION~~ 100,000 personal surety
Not to be incarcerated overnight

COURT ADMINISTRATOR\CLERK OF THE COURT
Title of Issuing Officer

March 2, 2000, Fort Lauderdale, Florida
Date and Location

By  Lurana S. Snow
LURANA S. SNOW, CHIEF MAGISTRATE JUDGE
Name of Judicial Officer

### RETURN

This warrant was received and executed with the arrest of the above defendant at _____

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

AO 442 (Rev. 12/85) Warrant for Arrest