FILED by _____ D.C.
MAR 15 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES DISTRICT COURT
Southern District of Florida

U.S. Marshal # 55236-004

UNITED STATES OF AMERICA )
        Plaintiff ) Case Number: CR 00-6049-CR-Dimi
                  ) REPORT COMMENCING CRIMINAL
    -vs-          )           ACTION
                  )
Joseph Salina    )
        Defendant

*********************************************************
TO: Clerk's Office    MIAMI   (FT. LAUDERDALE)   W. PALM BEACH
    U.S. District Court          (circle one)

NOTE: CIRCLE APPROPRIATE LOCATION FOR APPEARANCE IN
      MAGISTRATES COURT ABOVE
*********************************************************

All items are to be completed. Information not applicable or unknown will be indicated "N/A".

(1) Date and Time of Arrest: ___8:00___ am/pm

(2) Language Spoken: ENGLISH

(3) Offense(s) Charged: Title 18 Section 371

(4) U.S. Citizen [✓] Yes  [ ] No  [ ] Unknown

(5) Date of Birth: 8-20-60

(6) Type of Charging Document: (check one)
    [✓] Indictment  [ ] Complaint  To be filed/Already filed
    Case# 00-6049 CR-DIMITROULEAS

    [ ] Bench Warrant for Failure to Appear
    [ ] Probation Violation Warrant
    [ ] Parole Violation Warrant

    Originating District: SOUTH FLORIDA

    COPY OF WARRANT LEFT WITH BOOKING OFFICER [X] YES [ ] NO

Amount of Bond: $ 100,000 Personal Surety
Who set Bond: _____

(7) Remarks: _____

(8) Date: 3-14-00    (9) Arresting Officer: TROY CALDRUN

(10) Agency: IRS-CID    (11) Phone: (305) 982-5234

(12) Comments: _____

