UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 00-6049-CR-WPD |
| Plaintiff, | ) | |
| -v- | ) | |
| JOSEPH SALINA, | ) | Fort Lauderdale, Florida |
| Defendant. | ) | March 14, 2000 |
| | ) | 1:00 p.m. |

TRANSCRIPT OF PLEA OF GUILTY

BEFORE THE HONORABLE WILLIAM P. DIMITROULEAS

U.S. DISTRICT JUDGE

APPEARANCES:

For the Plaintiff:     GREGORY E. TORTELLA, ESQ.
                       BETH M. ELFREY, ESQ.
                       Special Attorneys
                       U.S. Department Of Justice


For the Defendant:     THOMAS BURFORD, ESQ.


Reporter:              ROBERT A. RYCKOFF
                       Official Court Reporter
                       299 East Broward Boulevard
                       Fort Lauderdale, Florida  33301
                       954-769-5657

# NOT

# SCANNED

## PLEASE REFER TO COURT FILE