UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 00-6049-CR-DIMITROULEAS

UNITED STATES OF AMERICA,       )
                                )
        Plaintiff,              )
                                )
                                )
v.                              )
                                )
JOSEPH SALINA,                  )
                                )
        Defendant.              )     **GOVERNMENT'S UNOPPOSED MOTION**
_____    )     **FOR CONTINUANCE OF SENTENCE**

**COMES NOW** the United states of America, by and through its
undersigned counsel, and respectfully requests that this Honorable
Court grant its Unopposed Motion for Continuance of Sentencing, from
the presently scheduled date of May, 26 2000, to July 28, 2000, or
thereafter at the Court's convenience, and in support thereof states
as follows:

1.    On March 14, 2000, the defendant, Joseph Salina, entered a
plea of guilty in the above-referenced case.  The Court set
sentencing for May 26, 2000.

2.    The Court was advised as the time of the plea that Mr.
Salina was cooperating with the United States.  The Court was also
advised of Mr. Salina's anticipated cooperation as a prosecution
witness in the upcoming trial against his co-defendants, Samuel



- 2 -

Velez, Jr. and Anthony Garilli.  In light of Mr. Salina's cooperation
and the potential for a motion for a downward departure pursuant to
U.S.S.G. § 5K1.1, the Court indicated that it would consider a motion
to continue the sentence of defendant Salina until after the trial of
the defendants Velez and Garilli.

3.    The trial of this matter was originally set for the two-
week trial calendar commencing on April 24, 2000.

4.    On April 24, 2000, the Court granted defendant Velez's and
defendant Garilli's joint motion for a continuance and reset the
calendar call for July 7, 2000 and reset the trial date for July 10,
2000.

5.    The government estimates that the trial of this matter
will take approximately two weeks.

6.    Defendant's counsel, Thomas A. Burford, Esq., does not
oppose this request for a continuance.  Mr. Burford believes that a
continuance would be in his client's best interests in order to make
known to the Court the extent of defendant Salina's cooperation prior
to sentencing.

7.    This Motion was made in good faith and not for the
purposes of unnecessary delay.

- 4 -

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true copy of the foregoing Motion was sent by Regular Mail to Thomas A. Burford, Esq., 909 North Dixie Highway, West Palm Beach, FL 33401.

BETH M. ELFREY

- 3 -

**WHEREFORE**, the Government respectfully asks that this Honorable

Court grant the relief requested herein.


Respectfully submitted,

THOMAS E. SCOTT
UNITED STATES ATTORNEY

BY: _____
    BETH M. ELFREY
    Special Attorney
    U.S. Department of Justice
    Florida Bar No. 0964883

    _____
    GREGORY E. TORTELLA
    Special Attorney
    Florida Bar No. A5500373
    U.S. Department of Justice
    P.O. Box 972
    Ben Franklin Station
    Washington, D.C. 20044
    (202) 514-5145


## RULE 7.1.A.3. CERTIFICATE

Pursuant to Local Rule 7.1.A.3., the undersigned has advised

opposing counsel and he does not oppose this Motion.


_____
BETH M. ELFREY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 00-6049-CR-DIMITROULEAS

UNITED STATES OF AMERICA,

     Plaintiff,

v.                                    **ORDER GRANTING CONTINUANCE**

JOSEPH SALINA,

     Defendant.
_____/

**THIS CAUSE** is before the Court upon the Government's Unopposed Motion For Continuance of Sentencing filed on May ___, 2000. After due consideration of the record and the Motion, it is hereby

**ORDERED and ADJUDGED** that the Motion is hereby _____. The sentencing hearing is rescheduled at __:____ a.m./p.m. on _____ ___, 2000.

**DONE and ORDERED** at Fort Lauderdale, Florida, in chambers this _____ day of May, 2000.

                                 _____
                                 WILLIAM P. DIMITROULEAS
                                 United States District Judge

cc: Gregory E. Tortella, Special Attorney
    Thomas A. Burford, Esq.