UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 00-6049-CR-DIMITROULEAS

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                    **ORDER GRANTING CONTINUANCE**

JOSEPH SALINA,

    Defendant.
_____/

**THIS CAUSE** is before the Court upon the Government's Unopposed Motion For Continuance of Sentencing filed on May 3, 2000. After due consideration of the record and the Motion, it is hereby

**ORDERED and ADJUDGED** that the Motion is hereby Granted. The sentencing hearing is rescheduled at 10:30 a.m. on August 4, 2000.

**DONE and ORDERED** at Fort Lauderdale, Florida, in chambers this 3 day of May, 2000.

                                                     WILLIAM P. DIMITROULEAS
                                                     United States District Judge

cc: Gregory E. Tortella, Special Attorney
    Thomas A. Burford, Esq.