UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 00-6049-CR-DIMITROULEAS
MAGISTRATE JUDGE LYNCH

NIGHT BOX
FILED
JUL 19 2000

CLARENCE MADDOX
CLERK, USDC / SDFL / FTL

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JOSEPH SALINA,

    Defendant.      **GOVERNMENT'S UNOPPOSED MOTION**
_____/   **FOR CONTINUANCE OF SENTENCING**

    The United States of America, by and through its undersigned attorneys, hereby files its "Unopposed Motion for Continuance of Sentencing" of defendant Joseph Salina from his presently scheduled date of August 4, 2000, to September 29, 2000, or soon thereafter, and in support thereof states the following:

    1.  A federal grand jury in Ft. Lauderdale, Florida, returned an eight-count indictment against the defendants, Samuel Velez, Jr. ("Velez"), Anthony Garilli ("Garilli"), and Joseph Salina ("Salina") on March 2, 2000, for various tax-related offenses.

    2.  Salina pled guilty to conspiring to impede and impair the Internal Revenue Service ("Count One") on March 14, 2000, and is presently scheduled to be sentenced on August 4, 2000.



3. Garilli pled guilty to Count One of the indictment on July 5, 2000, and his sentencing is set for September 15, 2000.

4. On July 10, 2000, Velez pled guilty to Count One of the indictment and is scheduled to be sentenced on September 22, 2000.

5. At the time of his plea, the Court was advised that Salina was cooperating with the United States. The Court noted Salina's anticipated cooperation as a prosecution witness in the upcoming trial against his co-defendants, Velez and Garilli. In light of Salina's cooperation and the potential for a motion for a downward departure pursuant to U.S.S.G. § 5K1.1, the Court indicated that it would not sentence Salina until after the trial of the above-styled matter.

6. Both the Government and Salina respectfully urge this Court to continue the sentencing of this case until after the respective sentencings of Velez and Garilli. If Salina is sentenced after the sentencing of his co-defendants, it would allow the Government to make known to the Court the full extent of his cooperation pursuant to U.S.S.G. § 5K1.1.

7. Since defendant Velez is scheduled to be sentenced on September 22, 2000, it is requested that Salina's sentencing date be continued to at least September 29 or the next available sentencing date.

8. This Motion is made in good faith and not for the purposes of unnecessary delay.

**WHEREFORE**, the Government respectfully asks that this Honorable Court grant the relief requested herein.

Respectfully submitted,

GUY A. LEWIS
UNITED STATES ATTORNEY

BY: *[signature]*
GREGORY E. TORTELLA
Special Attorney
U.S. Department of Justice
Florida Bar No. A5500373

*[signature]*
THEODORE M. DOOLITTLE
Special Attorney
United States Department of Justice
P.O. Box 972
Washington, D.C. 20044
Telephone: (202) 514-5145
Facsimile: (202) 514-0960

**RULE 7.1.A.3. CERTIFICATE**

Pursuant to Local Rule 7.1.A.3., the undersigned has advised opposing counsel and he does not oppose this Motion.

*[signature]*
GREGORY E. TORTELLA
Special Attorney
U.S. Department of Justice

3

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true copy of the foregoing Motion was sent by Regular Mail to Thomas A. Burford, Esq., 909 North Dixie Highway, West Palm Beach, FL 33401.

```
                    _____
                    GREGORY E. TORTELLA
                    Special Attorney
                    U.S. Department of Justice
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 00-6049-CR-DIMITROULEAS

UNITED STATES OF AMERICA,

    Plaintiff,

v.                              **ORDER GRANTING CONTINUANCE**

JOSEPH SALINA,

    Defendant.
_____/

    **THIS CAUSE** is before the Court upon the Government's Unopposed Motion For Continuance of Sentencing filed on July __, 2000. After due consideration of the record and the Motion, it is hereby

    **ORDERED and ADJUDGED** that the Motion is _____. The sentencing hearing is rescheduled at __:____ a.m./p.m. on _____ ___, 2000.

    **DONE and ORDERED** at Fort Lauderdale, Florida, in chambers this ____ day of _____, 2000.

                                            _____
                                            WILLIAM P. DIMITROULEAS
                                            UNITED STATES DISTRICT JUDGE

cc: Gregory E. Tortella, Special Attorney
    Thomas A. Burford, Esq.