UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 00-6049-CR-DIMITROULEAS

UNITED STATES OF AMERICA,

       Plaintiff,

v.                  **ORDER   GRANTING   CONTINUANCE**

JOSEPH SALINA,

       Defendant.

_____/

    **THIS  CAUSE** is  before  the  Court  upon  the  Government's
Unopposed Motion For Continuance of Sentencing filed on July _
, 2000.   After due consideration of the record and the Motion,
it is hereby

    **ORDERED and ADJUDGED** that the Motion is _Granted_.

The sentencing hearing is rescheduled at 10:15 a.m./p.m. on
_September 29_ 2000.

    **DONE and ORDERED** at Fort Lauderdale, Florida, in chambers
this 20 day of July, 2000.

                           WILLIAM P. DIMITROULEAS
                           UNITED STATES DISTRICT JUDGE

cc: Gregory E. Tortella, Special Attorney
    Thomas A. Burford, Esq.
    USPO