

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE

CASE NO. 00-6049-CR-DIMITROULEAS

UNITED STATES OF AMERICA,

       Plaintiff,

v.

JOSEPH SALINA,

       Defendant.
_____/

**GOVERNMENT'S MOTION FOR DEPARTURE FROM THE SENTENCING GUIDELINES**

The United States of America, by and through its undersigned attorneys, pursuant to Section 5K1.1 of the Sentencing Guidelines and policy statements issued by the Sentencing Commission, hereby submit the following Motion requesting that the Court impose a sentence upon defendant Joseph Salina that is below the level established by the Sentencing Guidelines as the minimum sentence for his offense of conviction. In support of this Motion, the Government states as follows:

1. On March 14, 2000, defendant Joseph Salina pled guilty to Count One of the indictment pursuant to a written plea agreement which provided, among other things, that he would testify in any proceedings as requested by the Government.



Defendant Salina specifically agreed to provide assistance and testify against co-defendants Samuel Velez, Jr., and Anthony Garilli. Defendant Salina was debriefed extensively in the above-captioned case and provided specific information concerning the criminal activities of defendants Velez and Garilli which was crucial to the Government's case.

2. Defendant Salina's cooperation was a significant factor which contributed to the indictment of this case as well as the guilty pleas entered by defendants Garilli and Velez before this Court on July 5 and 11, 2000, respectively.

3. Defendant Salina is prepared to testify for the Government against defendants Velez and Garilli at their respective sentencing hearings if asked to do so.

4. Defendant Salina has been cooperative in providing assistance at the present time and this motion has been filed on his behalf in accordance with the plea agreement. This motion is being made to advise the Court that the Government believes the Court should depart downward from the applicable guideline range in sentencing defendant Salina. The Government recognizes that the extent of the downward departure is a matter entrusted solely to the discretion of the Court.[1] In this regard, the

---

[1] The undersigned will not make a specific recommendation unless requested by the Court.

Government believes that based upon all of the facts and circumstances of this case, including the amount of the fraud involved, defendant Salina's background, his role in the offense, and his assistance to the authorities, the Court should impose a sentence of imprisonment that is below the applicable guideline range.

WHEREFORE, the United States respectfully requests that the Court impose a sentence upon defendant Joseph Salina that is below the level established by the Sentencing Guidelines as the minimum sentence for his offense of conviction.

Respectfully submitted,

GUY A. LEWIS
United States Attorney

By: *[signature]*
Gregory E. Tortella
Special Attorney
United States Department of Justice
Florida Bar No. A5500373

*[signature]*
Theodore M. Doolittle
Special Attorney
United States Department of Justice
P.O. Box 972
Washington, D.C. 20044
Telephone: (202) 514-5145
Facsimile: (202) 514-0960

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September __8__, 2000, a true and correct copy of the foregoing was duly served by regular mail to Thomas A. Burford, Esq., 909 North Dixie Highway, West Palm Beach, FL 33401.

                                              *Gregory E. Tortella*
                                              Gregory E. Tortella

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE

CASE NO. 00-6049-CR-DIMITROULEAS

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JOSEPH SALINA,

    Defendant.
_____/

**ORDER**

HAVING CONSIDERED the Government's Motion For Departure from the Sentencing Guidelines:

IT IS ORDERED that said Motion be GRANTED.

SIGNED in Fort Lauderdale this \_\_\_\_\_ day of September, 2000.

                                        _____
                                        WILLIAM P. DIMITROULEAS
                                        UNITED STATES DISTRICT JUDGE