FILED by _____ D.C.
SEP 11 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE

CASE NO. 00-6049-CR-DIMITROULEAS

UNITED STATES OF AMERICA,

　　Plaintiff,

v.

JOSEPH SALINA,

　　Defendant.
_____/

**ORDER**

HAVING CONSIDERED the Government's Motion For Departure from the Sentencing Guidelines:

IT IS ORDERED that said Motion be ~~GRANTED~~. Deferred until sentencing

SIGNED in Fort Lauderdale this 11 day of September, 2000.

　　　　　　　　　　　　　　　　WILLIAM P. DIMITROULEAS
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

CC: VIA FAX to:
　　Gregory Tortella
　　Theodore Doolittle  ) Envelopes not provided
　　　　　　　　　　　　 so please forward to
　　　　　　　　　　　　 Thomas Burford Esq.