UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6049-CR-DIMITROULEAS
MAGISTRATE JUDGE LYNCH

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JOSEPH SALINA,

    Defendant.

**GOVERNMENT'S SECOND UNOPPOSED MOTION FOR CONTINUANCE OF SENTENCING**

_____/

The United States of America, by and through its undersigned attorneys, hereby files its "Second Unopposed Motion for Continuance of Sentencing" of defendant Joseph Salina from his presently scheduled date of September 29, 2000, to October 13, 2000, or soon thereafter, and in support thereof states the following:

    1.    A federal grand jury in Ft. Lauderdale, Florida, returned an eight-count indictment against the defendants, Samuel Velez, Jr. ("Velez"), Anthony Garilli ("Garilli"), and Joseph Salina ("Salina") on March 2, 2000, for various tax-related offenses.

    2.    Salina pled guilty to conspiring to impede and impair the Internal Revenue Service ("Count One") on March 14, 2000, and is presently scheduled to be sentenced on September 29,



2000.

3. Garilli pled guilty to Count One of the indictment on July 5, 2000, and was sentenced on September 15, 2000.

4. On July 10, 2000, Velez pled guilty to Count One of the indictment and was scheduled to be sentenced on September 22, 2000. However, on September 15, 2000, this Court continued Velez's sentencing to October 6, 2000.

5. At the time of his plea, the Court was advised that Salina was cooperating with the United States. The Court noted Salina's anticipated cooperation as a prosecution witness in the upcoming trial against his co-defendants, Velez and Garilli. In light of Salina's cooperation and the potential for a motion for a downward departure pursuant to U.S.S.G. § 5K1.1, the Court indicated that it would not sentence Salina until after the trial of the above-styled matter.

6. Both the Government and Salina respectfully urge this Court to continue the sentencing of this case until after the sentencing of Velez. Salina may be called to testify at Velez's sentencing. If Salina is sentenced after Velez, the Government will be better able to assess and apprise the Court of the full extent of Salina's cooperation pursuant to U.S.S.G. § 5K1.1.

7. Since defendant Velez is scheduled to be sentenced on October 6, 2000, it is requested that Salina's sentencing date

be continued to at least October 13, 2000, or the next available sentencing date.

8.  This Motion is made in good faith and not for the purposes of unnecessary delay.

**WHEREFORE**, the Government respectfully asks that this Honorable Court grant the relief requested herein.

Respectfully submitted,

GUY A. LEWIS
UNITED STATES ATTORNEY

BY: *[signature]*
GREGORY E. TORTELLA
Special Attorney
U.S. Department of Justice
Florida Bar No. A5500373

*[signature]*
THEODORE M. DOOLITTLE
Special Attorney
United States Department of Justice
P.O. Box 972
Washington, D.C. 20044
Telephone:  (202) 514-5145
Facsimile:  (202) 514-0960

**RULE 7.1.A.3. CERTIFICATE**

Pursuant to Local Rule 7.1.A.3., opposing counsel has been advised by Trial Attorney Greg Tortella and he does not oppose this Motion.

*[signature]*
THEODORE M. DOOLITTLE
Special Attorney
U.S. Department of Justice

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6049-CR-DIMITROULEAS

UNITED STATES OF AMERICA,

    Plaintiff,

v.                      **ORDER GRANTING CONTINUANCE**

JOSEPH SALINA,

    Defendant.
_____/

**THIS CAUSE** is before the Court upon the Government's Unopposed Motion For Continuance of Sentencing filed on September ___, 2000. After due consideration of the record and the Motion, it is hereby

**ORDERED and ADJUDGED** that the Motion is _____. The sentencing hearing is rescheduled at __:___ a.m./p.m. on ___ _____ ___, 2000.

**DONE and ORDERED** at Fort Lauderdale, Florida, in chambers this ___ day of _____, 2000.

                                            WILLIAM P. DIMITROULEAS
                                            UNITED STATES DISTRICT JUDGE

cc: Theodore M. Doolittle, Special Attorney
    Thomas A. Burford, Esq.

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true copy of the foregoing Motion was sent by Regular Mail to Thomas A. Burford, Esq., 909 North Dixie Highway, West Palm Beach, FL 33401.

THEODORE M. DOOLITTLE
Special Attorney
U.S. Department of Justice