UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

FILED by _____ D.C.

CASE NO. 00-6049-CR-DIMITROULEAS

SEP 20 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES OF AMERICA,

    Plaintiff,

v.

**ORDER GRANTING CONTINUANCE**

JOSEPH SALINA,

    Defendant.
_____/

**THIS CAUSE** is before the Court upon the Government's Unopposed Motion For Continuance of Sentencing filed on September 20, 2000. After due consideration of the record and the Motion, it is hereby

**ORDERED and ADJUDGED** that the Motion is _Granted_.

The sentencing hearing is rescheduled at 10:45 (a.m.)/p.m. on October 13, 2000.

**DONE and ORDERED** at Fort Lauderdale, Florida, in chambers this 20 day of September, 2000.

WILLIAM P. DIMITROULEAS
UNITED STATES DISTRICT JUDGE

cc: Theodore M. Doolittle, Special Attorney — to send VIA fax to all parties
    Thomas A. Burford, Esq.
    USPO

AS Government DID NOT PROVIDE ENVELOPES

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true copy of the foregoing Motion was sent by Regular Mail to Thomas A. Burford, Esq., 909 North Dixie Highway, West Palm Beach, FL 33401.

THEODORE M. DOOLITTLE
Special Attorney
U.S. Department of Justice

4