FILED by _____ D.C.

OCT 2 0 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D OF FLA. FT. LAUD.

## CRIMINAL MINUTES

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
**HONORABLE WILLIAM P. DIMITROULEAS**

---

CASE NUMBER: 00-6049-CR-WPD       DATE: October 20, 2000

COURTROOM CLERK: Karen A. Carlton       COURT REPORTER: Bob Ryckoff

PROBATION: _____       INTERPRETER: _____

UNITED STATES OF AMERICA   VS.   Joseph Salina

U.S. ATTORNEY: _____       DEFT. COUNSEL: Thomas Burford

REASON FOR HEARING: Sentencing

RESULT OF HEARING: Sentence Imposed:
30 months probation. $3,000.00 fine,
$50.00 assessment. Deft is to perform
50 hours of community service during the
first year of probation.

CASE CONTINUED TO: _____ TIME: _____ FOR: _____

MISC: 5K1 motion is granted. Deft informed of
W-1 Mark Dunkel, agent.        Right to Appeal.